THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO: 15-0452-CG-N |
| | * | |
| The Contents of PNC Bank account ending in 7406, held in the names of Manila Chicago and Loan T. Nguyen, and PNC Bank account ending in 1595 held in the name of Loan T. Nguyen, One black 2014 Ford Mustang Coupe, VIN # 1ZVBP8CF7E5280204; One Husqvarna Lawn tractor, Model M-ZT61, Serial Number: 042514B002339, including a Kawasaki engine with Serial Number FS691VA29169, Real Property identified as Mobile County Parcel Number R021309320000107.002, containing approximately 5.41 acres; and, Real Property located at 13915 South Sprinkle Avenue, Bayou La Batre, Alabama, | * | |
| Defendants. | * | |

## **ORDER**

This matter is before the Court on plaintiff's Motion to Amend its Amended Verified Complaint *In Rem* (Doc. 20) to add an *in rem* defendant as set forth in its motion. Having been fully advised in the premises and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the motion is **GRANTED**.

The plaintiff is **ORDERED** to file its Second Amended Verified Complaint for Forfeiture within seven days (7) days of this order.

With regard to the claimants' time to respond to the Second Amended Complaint, Federal Rule of Civil Procedure 15(a)(3) provides that "[u]nless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."   The claimants have made filed claims in response to the Amended Complaint, but have filed no answers. (Docs. 16, 18).   By docket sheet entry immediately following Documents 16 and 18, and pursuant to Supplemental Rules G(4)(b)(ii)(B)-(C) and G(5)(ii)(A), and as previously notified by the plaintiff (Doc. 2), Claimant Nguyen's answer was due by November 6, 2015, and Claimant Chicago's answer by November 17, 2015. As a result, the time remaining to respond by answer to the Amended Complaint has passed.   Therefore, if the claimants wish to file claims and answers in response to the Second Amended Complaint, they should do so within 14 days after its service.

**DONE and ORDERED** this 24th day of November, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE